# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

MANHATTAN
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

LONG ISLAND
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020

June 19, 2020

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Zaquan McCutchen*
Dkt. No.: 19-CR-275

Dear Judge Cote:

I am CJA counsel to Defendant Zaquan McCutchen in the above-referenced matter. I write to respectfully request that the Court modify Mr. McCutchen's conditions of release to permit him to travel to the Northern District of New York on either Friday June 26, 2020 or Friday, July 3, 2020.

Mr. McCutchen is seeking permission to visit with his father, whom he has not seen in more than five years. Mr. McCutchen's father resides at 3022 Albany Street, Schenectady, NY 12304, and Mr. McCutchen would like to travel to Schenectady for the day to visit with him. Mr. McCutchen intends to take Greyhound, or similar bus service, from New York City to Schenectady and return by bus the same day. In order to facilitate the hours-long bus ride in each direction, Mr. McCutchen is also seeking to have his curfew extended to 10:00 p.m.

By way of background, Mr. McCutchen made his initial appearance on March 19, 2019 before the Honorable James L. Cott. Judge Cott ordered Mr. McCutchen's pretrial release on a $250,000 personal recognizance bond, to be signed by six financially responsible people, home detention with electronic monitoring and travel restricted to the Southern and Eastern Districts of New York. On December 30, 2019, Your Honor modified Mr. McCutchen's condition of release from home detention with electronic monitoring to a curfew enforced by location monitoring, with the curfew hours to be set at the discretion of Pretrial Services. Mr. McCutchen has, at all times, remained compliant with all of the conditions of his release.

      I have spoken with Pretrial Services, by officer Jonathan Lettieri, and they have no objection to this request. The government defers to Pretrial's position.

      Your Honor's consideration is greatly appreciated.

                                                        Respectfully submitted,

                                                        /s/ Edward V. Sapone
                                                        Edward V. Sapone

cc:    A.U.S.A. Frank Balsamello
        A.U.S.A. Matthew Hellman
        P.T.S.O. Jonathan Lettieri

                                                        Denied.
                                                        So Ordered: June 25, 2020

                                                        _____
                                                         DENISE COTE
                                                United States District Judge