# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| **MANHATTAN** | **LONG ISLAND** |
| 1 Penn Plaza, Suite 5315 | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10119 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

*BY ECF*       **MEMO ENDORSED**

January 14, 2021

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Granted on the condition that the defendant and his family comply with all New York and New Jersey pandemic restrictions.
> So Ordered: 1-17-20.
>
> _____
> DENISE COTE
> United States District Judge

Re:   *United States v. Zaquan McCutchen*
<u>Dkt. No.: 19-CR-275</u>

Dear Judge Cote:

I am CJA counsel to Defendant Zaquan McCutchen in the above-referenced matter. I write to respectfully request that the Court modify Mr. McCutchen's conditions of release to permit him to travel to the District of New Jersey on Monday January 18, 2021.

Mr. McCutchen is seeking permission to take his daughter to the indoor amusement park at the American Dream Mall for her birthday. If permitted to travel, Mr. McCutchen would spend the day at One American Dream Way, East Rutherford, NJ 07073. He would be accompanied by his mother, daughter, girlfriend and siblings.

By way of background, Mr. McCutchen made his initial appearance on March 19, 2019 before the Honorable James L. Cott. Judge Cott ordered Mr. McCutchen's pretrial release on a $250,000 personal recognizance bond, to be signed by six financially responsible people, home detention with electronic monitoring and travel restricted to the Southern and Eastern Districts of New York. On December 30, 2019, Your Honor modified Mr. McCutchen's condition of release from home detention with electronic monitoring to a curfew enforced by location monitoring, with the curfew hours to be set at the discretion of Pretrial Services. Mr. McCutchen has, at all times, remained compliant with all of the conditions of his release.

I have spoken with Pretrial Services, by Officer Jonathan Lettieri, and they have no objection to this request. The government, by Frank Balsamello, Esq., also has no objection.

2

Your Honor's consideration is greatly appreciated.

                                                      Respectfully submitted,

                                                      <u>/s/ Edward V. Sapone</u>
                                                      Edward V. Sapone

cc:    A.U.S.A. Frank Balsamello
        A.U.S.A. Matthew Hellman
        P.T.S.O. Jonathan Lettieri