# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

MANHATTAN
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

LONG ISLAND
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

*BY ECF*

March 16, 2021

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  *United States v. Zaquan McCutchen*
     Dkt. No.: 19-CR-275

Dear Judge Cote:

I am CJA counsel to Defendant Zaquan McCutchen in the above-referenced matter. I write to respectfully request that the Court modify Mr. McCutchen's conditions of release to eliminate the condition of electronic monitoring.

By way of background, Mr. McCutchen made his initial appearance on March 19, 2019 before the Honorable James L. Cott. Judge Cott ordered Mr. McCutchen's pretrial release on a $250,000 personal recognizance bond, to be signed by six financially responsible people, home detention with electronic monitoring and travel restricted to the Southern and Eastern Districts of New York. On December 30, 2019, Your Honor modified Mr. McCutchen's condition of release from home detention with electronic monitoring to a curfew enforced by location monitoring, with the curfew hours to be set at the discretion of Pretrial Services.

Mr. McCutchen has now completed two years of pretrial release, during which he has remained compliant with all conditions. Given Mr. McCutchen's sustained compliance with his terms of supervision, the further period of pretrial supervision anticipated in this case, and available resources, Pretrial Services, by Officer Jonathan Lettieri, has no objection to terminating electronic monitoring in this case. The government, by Frank Balsamello, Esq., defers to Pretrial's position.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone

cc:   A.U.S.A. Frank Balsamello
A.U.S.A. Matthew Hellman
P.T.S.O. Jonathan Lettieri

Granted
SO ORDERED

March 17, 2021

_____
DENISE COTE
United States District Judge

2