```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :         S1 19cr275-2(DLC)
            -v-                      :
                                     :              ORDER
ZAQUAN MCCUTCHEON,                   :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant's bail be modified to include the following condition, mental health evaluation and treatment as directed by Pretrial Services.

Dated:    New York, New York
           March 14, 2024

                                            _____
                                                    DENISE COTE
                                        United States District Judge