UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :

UNITED STATES OF AMERICA,         :

                             :      S1 19cr275-2(DLC)

          -v-              :

                             :        ORDER

ZAQUAN MCCUTCHEON,           :

                Defendant.   :

                                       :
-------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference regarding the
specifications of violation of supervised release scheduled for
January 13 is adjourned to January 23, 2026 at 10:30 AM in
Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           January 13, 2026

                                   _____
                                     DENISE COTE
                        United States District Judge